FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KURT VON RUEDEN,<br><br>    Plaintiff,<br><br>  v.<br><br>THE UNION CENTRAL LIFE INSURANCE COMPANY, a foreign corporation; and AMERITAS LIFE INSURANCE CORP, a foreign corporation and successor in interest by merger to The Union Central Life Insurance Company,<br><br>    Defendants. | NO: 1:21-CV-3122-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is a Stipulated Motion to Dismiss, without prejudice, Defendant Union Central Life Insurance Company, **only**.  ECF No. 14.  Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

    1. The Stipulated Motion to Dismiss, without prejudice, Defendant Union Central Life Insurance Company, **ECF No. 14**, is **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's Complaint is dismissed **without prejudice** and without fees or costs for **Defendant Union Central Insurance Company only**.

3. Ameritas Life Insurance Corp. remains a defendant in this matter.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, to **terminate Union Central Insurance Company as a defendant in this matter**, and provide copies to counsel.

**DATED** November 30, 2021.

>                *s/ Rosanna Malouf Peterson*
>                ROSANNA MALOUF PETERSON
>                  United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2